IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHIMODA-ATLANTIC, INC.                                    PLAINTIFF

    vs.          CASE No. 06-5109

TALON HOLDINGS, INC., et al                               DEFENDANTS

**<u>ORDER</u>**

On this 22nd day of June, 2006, comes the motion to withdraw as attorney of record (doc. #9) filed by Vicki Bronson on June 21, 2006. The Court hereby GRANTS the motion to withdraw and attorney Vicki Bronson is removed as attorney of record for the defendants, National Association of Security Dealers, Inc. and NASD Regulation, Inc.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge