IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHIMODA-ATLANTIC, INC.                                                    PLAINTIFF

v.              Case No. 06-5109

TALON HOLDINGS, INC., et al.                                            DEFENDANTS

**O R D E R**

The undersigned has been referred the pending Application for Emergency Temporary Restraining Order, Preliminary and Permanent Injunctions filed by the plaintiff, Shimoda-Atlantic, Inc. Upon consideration of these matters, the court hereby grants separate defendants, National Association of Securities Dealers, Inc. and NASD Regulation, Inc., an extension until the close of business on **Friday, July 7, 2006** in which to file a response to the motion for injunctive relief.

IT IS SO ORDERED this 29th day of June 2006.

                                              **/s/ Beverly Stites Jones**
                                              HONORABLE BEVERLY STITES JONES
                                              UNITED STATES MAGISTRATE JUDGE