IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHIMODA-ATLANTIC, INC.,
an Arkansas corporation                                              PLAINTIFF

      v.          Civil No. 06-5109

TALON HOLDINGS, INC.,
a Delaware corporation, et al.                                       DEFENDANTS

## **O R D E R**

    Plaintiff's motion for temporary restraining order, preliminary and permanent injunction (Doc. #2) was referred to the undersigned and a hearing scheduled for July 12, 2006. On July 10, 2006, plaintiff moved to dismiss the motion stating that plaintiff's concerns about the preservation of records has been met (Doc. #16). Accordingly, plaintiff's request to withdraw the motion is hereby granted; the motion for temporary restraining order, preliminary and permanent injunction dismissed as moot; and the hearing scheduled for July 12, 2006, cancelled.

    IT IS SO ORDERED this 11th day of July 2006.

                                          /s/Beverly Stites Jones
                                          HON. BEVERLY STITES JONES
                                          UNITED STATES MAGISTRATE JUDGE