IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHIMODA-ATLANTIC, INC.,
an Arkansas corporation                                                                PLAINTIFF

          v.                              Civil No. 06-5109

TALON HOLDINGS, INC.,
a Delaware corporation, et al.                                                         DEFENDANTS

## **O R D E R**

The motion for protective order (Doc. #20) filed by separate defendants National Association of Securities Dealers and NASD Regulation, Inc. (collectively "NASD") on July 17, 2006, was referred to the undersigned. On August 5, 2006, plaintiff filed a motion to dismiss the National Association of Securities Dealers and NASD Regulation, Inc. as parties to this action. Plaintiff's request was granted on August 24, 2006 (Doc. #30). Accordingly, the motion for protective order is hereby denied as moot.

IT IS SO ORDERED this 28th day of August 2006.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE