```
               UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

SHIMODA-ATLANTIC, INC.                                PLAINTIFF

 vs.      Case No. 06-5109

TALON HOLDINGS, INC., ET AL                          DEFENDANTS

<u>ORDER</u>

 Currently before the Court are Plaintiff's Motion for Contempt Citation against Separate Defendant Patrick Joseph Lochrie and supporting brief (Docs. 71-72) and Lochrie's Response (Doc. 73).  Plaintiff moves the Court for an order directing Lochrie to show cause as to why he should not be held in contempt for allegedly making a false statement to the Court.

 On November 9, 2006, the U.S. District Clerk made an entry of default as to Lochrie (Doc. 34).  On January 11, 2007, Lochrie moved to set aside the default on the basis that he was never personally served with the summons or complaint stating that the address on the Certified Mail Receipt is neither his home nor work address and that the signature on the receipt is not his signature (Docs. 59 & 69).  The Court granted the motion and set aside the entry of default on February 5, 2007 (Doc. 70).

 Plaintiff contends that the statements made by Lochrie to the Court in his motion to set aside the default are false.

In his response, Lochrie states that the address Plaintiff utilized to serve the summons and complaint was a fictitious address controlled by federal investigators in furtherance of their undercover operations of which Lochrie took part during the relevant time period (Doc. 73).

The Court finds no conduct by Lochrie that would arguably rise to the level of contempt. Accordingly, Plaintiff's Motion (Doc. 71) is DENIED.

IT IS SO ORDERED this 20th day of March, 2007.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)