```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
               FAYETTEVILLE DIVISION
```

SHIMODA-ATLANTIC, INC.                                    PLAINTIFF

v.                         Case No. 06-5109

TALON HOLDINGS, *et al.*                                 DEFENDANTS

### ORDER

Now before the Court is the Motion to Withdraw Counsel and Substitute Counsel (Doc. 79) filed by Daniel M. Barish, counsel for Separate Defendant United States of America.  The Court, being well and sufficiently advised, finds that the Motion should be GRANTED.  Accordingly, Mr. Barish is permitted to withdraw as counsel, and Sabrina Underwood is substituted in his stead.

IT IS SO ORDERED this 5th day of December 2007.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge