UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHIMODA-ATLANTIC, INC.                                          PLAINTIFF

    vs.                    Case No. 06-5109

TALON HOLDINGS, INC., ET AL                                    DEFENDANTS

### O R D E R

Currently before the Court is Separate Defendant Patrick Lochrie's Motion to Stay Discovery and for a Protective Order in connection with his deposition (Doc. 81). Upon due consideration, the Court finds the Motion should be GRANTED to the extent that Mr. Lochrie's deposition scheduled for December 14, 2007, shall be postponed until the Court rules upon Mr. Lochrie's Motion for Certification pursuant to the Westfall Act. Mr. Lochrie is directed to file his Motion for Certification by **Wednesday, December 19, 2007.**

IT IS SO ORDERED this 12th day of December 2007.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**