IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHIMODA-ATLANTIC, INC.                                              PLAINTIFF

VS.                      CASE NO. 06-CV-5109

TALON HOLDINGS, INC.,
MIX GROUP OF SOUTH FLORIDA, INC.
and UNITED STATES OF AMERICA
                                                                  DEFENDANTS

## J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, the United States' Motion to Dismiss (Doc. 97) is GRANTED, Plaintiff's Motion for hearing or to compel discovery is DENIED (Doc. 99) and Plaintiff's Complaint is DISMISSED WITH PREJUDICE. Each party is to bear its own fees and costs. **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 15th day of May, 2008.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**